UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMUEL ARELLIO HERNANDEZ,

    Defendant.
_____/

Hon. Paul L. Maloney

Case No. 1:16-cr-00094

## ORDER OF DETENTION

Defendant appeared before me on May 18, 2016, with appointed counsel, for an arraignment, initial pretrial conference, and detention hearing on the indictment, charging him with possession of an unregistered firearm, possession of a firearm with an obliterated serial number, possession with intent to distribute cocaine base, and using and carrying a firearm during and in relation to a drug trafficking crime, in violation of 26 U.S.C. § 5861(d); 18 U.S.C. § 922(k); 21 U.S.C. § 841(a)(1); and 18 U.S.C. § 924(C)(1)(A)(I), respectively. After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered.

Accordingly, **IT IS HEREBY ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

    IT IS SO ORDERED.

Date: May 18, 2016

                                                  /s/ Phillip J. Green
                                                PHILLIP J. GREEN
                                                United States Magistrate Judge